**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No.  97-1138

_____

Joan Valentine Mohamed, formerly    *
known as Joan Valentine Kerr,      *
       *
     Plaintiff,        *
       * Appeal from the United States
UNUM Life Insurance Company, a     * District Court for the
Maine Corporation,        * District of Minnesota.
       *
       * [UNPUBLISHED]
Defendant\Appellee,        *
       *
    v.        *
       *
Kevin Scott Kerr; Estate of Ivan   *
S. Kerr,        *
       *
     Defendants\Appellants.

_____

Submitted: June 9, 1997
           Filed: June 13, 1997

_____

Before MURPHY and HEANEY, Circuit Judges, and BOGUE,[1] District Judge.

_____

PER CURIAM

---

[1]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

After Ivan S. Kerr died, his former wife sued to establish her right to proceeds from an insurance policy administered by UNUM Life Insurance Company under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001, et seq. UNUM removed the case to federal court and filed a motion for judgment in interpleader. UNUM paid the full amount due under the policy into the registry of the district court[2] and was dismissed without prejudice. The estate was ultimately awarded the proceeds but had a problem in collecting the full amount from the party who had originally prevailed. After the estate brought a second action against UNUM to recover the amount of the policy proceeds, UNUM moved under Fed. R. Civ. P. 60(a) for the district court to convert its earlier dismissal to one with prejudice. The district court issued an order dismissing UNUM with prejudice pursuant to Rule 60(b)(6), and the estate appeals. We affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota sitting by consent of the parties.